UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-09890-AH-SKx | Date | November 12, 2026 |
| Title | *Mariah L v. Universal Destinations and Experiences et al.* | | |

| | |
|---|---|
| Present: The Honorable | Anne Hwang, United States District Judge |

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court issued an order requiring the parties to submit a Joint Rule 26(f) Report at least 14 days before the Scheduling Conference. *See* Dkt. No. 11. On November 5, 2026, Defendant filed a Joint 26(f) Report setting forth a proposed schedule, but counsel for Plaintiff has not signed the report. *See* Dkt. No. 12 at 8. Counsel for Defendant Universal City Studios LLC submitted a declaration that stated that counsel contacted Plaintiff's counsel on October 22, 2026 and requested Ms. Ruby's availability, who is counsel for Plaintiff. Caro Decl. ¶ 2, Dkt. No. 12-1. Emails between counsel indicate that counsel did meet and confer. *See* Caro Decl., Ex. A, Dkt. No. 12-1 at 7-8. On November 4, 2026, counsel emailed Ms. Ruby a copy of the proposed joint report and noted that November 5 was the last day to file. *Id.* at 6. Defendant's counsel followed up on November 5, noting that they had not received Plaintiff's addition to the Joint Report and that they would have to proceed with filing without Plaintiff's input. *Id.* at 5. Defendant's counsel followed up again two hours later, again asking whether Plaintiff would be providing any revisions or additions to the joint report. *Id.* Defendant's counsel averred that they are "submitting the Joint Rule 26(f) Report without Plaintiff's signature to comply with the Court's November 5, 2026 filing deadline," but that they remain "willing to meet and confer with Plaintiff's counsel." *Id.* at 3.

The Court continues the Scheduling Conference to December 3, 2026 at 9:00 a.m. Plaintiff is ordered to show cause why monetary sanctions in the amount of $1,500 should not be imposed for failure to comply with the Court's Order Setting Scheduling Conference. Plaintiff shall respond in writing by no later than November 19, 2026. The parties are ordered to submit a new report with Plaintiff's signature by November 19, 2026. The parties shall address the proper defendants in this case and the report shall be accompanied by a proposed stipulation and order to dismiss improper defendants, if any.

Failure to comply with this Order or the Order Setting Scheduling Conference may result in dismissal of this action for lack of prosecution or other sanctions without further notice.

**IT IS SO ORDERED.**